Chandler Carr



Dear Honorable Judge Hardy,

    I have been asked to write a letter of support for Christopher Salgado to be presented to the Court to aid in fashioning a sentence for him. I have known Chris for 6 years as both a friend and a classmate. I met him during the first week of my time at West Virginia University where we lived on the same floor in our dormitories. I went to West Virginia University as an out-of-state student from Florida without knowing the area or any other students. During my freshman year, Chris and I became very close friends. He was friendly, welcoming, and genuine, with a cheerful spirit. It gave me a lot of peace knowing that I had made an immediate friend when I met him, especially in the brand-new environment of university lifestyle. Chris and I became closer as time went on, we played cornhole, recreational football, and went to the West Virginia University gym together. I always appreciated his light-heartedness, enthusiasm for life, and extroverted personality, as it was always a pleasure to spend time with him individually and in group settings. Chris was a friend that stood by me through difficult times in my life, and helped to rejuvenate my spirit when I was upset. There are two instances in our friendship that I find highlight Chris's character and his values as a friend to others and myself.

    In April of 2021, I was involved in a serious motor vehicle accident that caused me to have emergency surgery on my spine. When Chris heard about this, he immediately started aiding in my recovery. After being discharged from the hospital, he brought multiple of my friends, including himself, and food to my apartment so that I could socialize and have a meal with them even though I was recovering in a bedbound position. Chris did this on multiple occasions, which significantly improved my mood, especially during a difficult time in my life. This was an act of kindness that I will not forget, and I feel that it shows that he will go out of his way for the people that he cares about.

    The second instance that I will cite about Chris's character is from later that same year in October of 2021. It was during this time that I made a difficult decision to medically withdraw from West Virginia University due to my problems with alcohol consumption. I went into an in-patient rehabilitation facility and called Chris from the communal phone for support during this process. Throughout my journey of sobriety, Chris has been a close friend of mine, always supporting me and encouraging me to continue with improving my life. I have continued to maintain my sobriety and am approaching three years sober this coming October. During this time, Chris has made it a priority to maintain contact with me as a friend, despite the long



EXHIBIT D

distance. He and I would find time within our schedules to make phone calls back and forth to check on each other on a frequent basis. Leaving university and all my friends behind to make a difficult life change was challenging. Chris made this easier for me as he was one of the few friends that still maintained contact during the last couple of years.

  Chris's absence from my life is significant, I have lost a friend that I hold very dear. I am willing to appear before the court on his sentencing day, August 14th, to provide a verbal statement. I would like to thank you, the Honorable Judge Hardy, for taking the time to read this letter about my close friend Christopher Salgado.

Sincerely,

*Chandler Carr*         07/29/2024